**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TATIANNA TURNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24:cv-12171 |
| v. | ) | |
| | ) | Judge Sara L. Ellis |
| RESILIENCE HEALTHCARE – WEST | ) | |
| SUBURBAN MEDICAL CENTER, LLC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on April 24, 2025 at 1:45 p.m., or as soon thereafter as counsel may be heard, Defendant Resilience Healthcare – West Suburban Medical Center, LLC shall appear before the Honorable Sara L. Ellis, or any judge sitting in her stead, in Courtroom 1403, at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60606, and then and there present its Motion for Withdrawal of Appearance of Attorney Danielle Maldonado**.**

Dated: April 15, 2025

Respectfully submitted,

/s/ *Charles B. Leuin*
Charles B. Leuin
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 6900
Chicago, IL 60606
Telephone:  312.624.6344
cleuin@beneschlaw.com

*Attorney for Resilience Healthcare – West*
*Suburban Medical Center, LLC*

## **CERTIFICATE OF SERVICE**

I, Charles Leuin, certify that on April 15, 2025, a true and correct copy of the foregoing was served electronically through the Northern District of Illinois CM/ECF electronic filing on all counsels of record:

Antonio L. Jeffrey
JEFFREY LAW OFFICE, LLC
1301 W. 22nd Street, Suite 308
Oak Brook, IL 60523
ajeffrey@jeffreylawoffice.com

*Attorneys for Plaintiff*


/s/ Charles Leuin